```
COOPER, WHITE & COOPER LLP
WALTER W. HANSELL (SBN 114913)
JIE-MING CHOU (SBN 211346)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530
whansell@cwclaw.com
jchou@cwclaw.com

Attorneys for defendants COMCAST CABLE
COMMUNICATIONS MANAGEMENT, LLC
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MASTEC NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. C08-03759 <br><br> **CERTIFICATION OF INTERESTED PARTIES** <br> **(Civil Local Rule 3-16)** |

The undersigned, counsel of record for defendant COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC ("Comcast") certifies that the following listed persons have either a financial interest in the subject matter in controversy or a non-financial interest in that subject matter that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. MasTec North America, Inc., plaintiff.

2. Comcast Cable Communications Management, LLC, defendant

3. Comcast Corporation, the sole member and owner of defendant Comcast Cable Communications Management, LLC.

| | |
|---|---|
| 1  DATED: August 6, 2008 | COOPER, WHITE & COOPER LLP |
| 2 | |
| 3 | By: _____ |
| 4 | Jie-Ming Chou<br>Attorneys for COMCAST CABLE<br>COMMUNICATIONS MANAGEMENT, LLC |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

605389.1

2

Defendant's Certification of Interested Parties