E-filing

1  COOPER, WHITE & COOPER LLP
   WALTER W. HANSELL (SBN 114913)
2  JIE-MING CHOU (SBN 211346)
   201 California Street, 17th Floor
3  San Francisco, California 94111
   Telephone:    (415) 433-1900
4  Facsimile:    (415) 433-5530
   whansell@cwclaw.com
5  jchou@cwclaw.com

6  Attorneys for defendants COMCAST CABLE
   COMMUNICATIONS MANAGEMENT, LLC

ORIGINAL FILED
AUG - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MASTEC NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. C08-03759 SI <br><br> **PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On August 6, 2008, I served the following document(s):

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S. SECTION 1441(b) (DIVERSITY); CERTIFICATION OF INTERESTED PARTIES**

on each of the parties listed below at the following addresses:

George Knopfler, Esq.
James Pazos, Esq.
Knofpler & Pazos, An Assn. of Professional Law Corporation
31194 La Baya Drive, Suite 101
West Lake Village, CA 91362

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 6, 2008, at San Francisco, California.

_____
Gina R. Rivera

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

605433.1