**United States District Court**
For the Northern District of California

1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MASTEC NORTH AMERICA, INC.                    NO. CV 08-03759 SI

11              Plaintiff,                          **CLERK'S NOTICE RE: FAILURE
         v.                                         TO FILE ELECTRONICALLY
12                                                  AND/OR REGISTER AS AN E-
                                                    FILER**
13   COMCAST CABLE COMMUNICATIONS
     MANAGEMENT, LLC
14              Defendant.
                                              /

15

16   On August 6, 2008, counsel for defendant  filed a NOTICE OF REMOVAL, CERTIFICATE OF

17   INTEREST ENTITIES, and CERTIFICATE OF SERVICES  manually, on paper.  This case has

18   been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

19

20   The above mentioned  paper document has been filed and docketed. However, General Order 45

21   provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

22   presumptively designated" as e-filing cases. Therefore, counsel for defendant    should submit the

23   documents above, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the

24   judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button

25   and follow the procedure listed there).  Do ***not*** e-file a document which has been previously filed on

26   paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

27

28   Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

1   become an ECF User and be assigned a user ID and password for access to the system upon designation

2   of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

3   must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

4   at ecf.cand.uscourts.gov.

5   Dated: August 22, 2008                                Yumiko Saito
                                                          Deputy Clerk
6                                                         /s/

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2