IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MASTEC NORTH AMERICA, INC., | No. C 08-03759 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. |  |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, |  |
| Defendant. |  |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 10, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 30, 2009.

DESIGNATION OF EXPERTS: 6/30/09; REBUTTAL: 7/20/09.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 7, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by October 16, 2009;

Opp. Due October 30, 2009; Reply Due November 6, 2009;

and set for hearing no later than November 20, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 12, 2010 at 3:30 PM.

JURY TRIAL DATE: JANUARY 19, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The mediation session shall occur by February 27, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge