COOPER, WHITE & COOPER LLP
WALTER W. HANSELL (SBN 114913)
  whansell@cwclaw.com
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:     (415) 433-1900
Facsimile:     (415) 433-5530

Attorneys for Defendant Comcast Cable
Communications Management, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEC NORTH AMERICA, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C08-03759 SI<br><br>**NOTICE OF SUBSTITUTION OF LEAD COUNSEL** |

TO THE COURT, ALL PARTIES OF RECORD AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that Stephen Kaus of Cooper, White & Cooper LLP, representing Defendant Comcast Cable Communications Management, LLC, has taken the place of Jie-Ming Chou as lead attorney in this matter.

Respectfully submitted.

DATED: December 17, 2008

COOPER, WHITE & COOPER LLP

Stephen Kaus
Attorneys for Defendant Comcast Cable
Communications Management, LLC

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

611667.1

NOTICE OF SUBSTITUTION OF LEAD COUNSEL

C08-03759 SI