COOPER, WHITE & COOPER LLP
WALTER W. HANSELL (SBN 114913)
  whansell@cwclaw.com
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant Comcast Cable
Communications Management, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEC NORTH AMERICA, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C08-03759 SI<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE AND PROPOSED ORDER** |

Plaintiff Mastec North America, Inc. and Defendant Comcast Cable Communications Management, LLC, pursuant to Local Rules 6.1(b) and 6.2, stipulate and request a modification of the Court's previous order setting the deadline for the parties to complete mediation as February 27, 2009.

1. The parties request that the mediation deadline be extended to March 31, 2009.

2. On January 21, 2009, the parties conferred with the court assigned mediator, Michael Dickstein, and agreed that March 25, 2009 is the earliest convenient date for a mediation. A notation setting the mediation for that date has been entered in the Court's docket.

3. The parties have not previously requested an extension of the mediation deadline and the requested extension will not have an effect on any other scheduled dates.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

614185.1

C08-03759 SI

STIPULATION TO EXTEND MEDIATION DEADLINE AND PROPOSED ORDER

1 | DATED: February 11, 2009     COOPER, WHITE & COOPER LLP

2

3                                     By: _____
                                           Stephen Kaus

4                                            Attorneys for Defendant Comcast Cable
                                           Communications Management, LLC

5 | DATED: February 10, 2009     Knopfler & Pazos

6

7                                     By: _____

8                                            Attorneys for Plaintiff
                                           Mastec North America, Inc.

9

## ORDER

Pursuant to this stipulation, it is so ordered.

Dated: February ____, 2009

_____
The Honorable Susan Illston
United States District Judge