COOPER, WHITE & COOPER LLP
WALTER W. HANSELL (SBN 114913)
  whansell@cwclaw.com
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant Comcast Cable
Communications Management, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEC NORTH AMERICA, INC., a Florida corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. C08-03759 SI<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY AND LITIGATION DATES** |

The parties hereto, through counsel, hereby stipulate to extend the discovery and litigation dates nine weeks beyond the dates presently set.  The table *infra* in this stipulation sets forth the existing dates and the extended dates to which counsel have agreed.

The reason for this extension is that discovery has taken longer than was anticipated.  This has largely been because of technical difficulties faced by MasTec in retrieving and producing e-mails responsive to Comcast's document request served on January 16, 2009.  MasTec did not have the requisite software to retrieve e-mails related to the construction job at issue, so it purchased and implemented an appropriate program.  As the parties set out in their case Management Conference Statement and as counsel for MasTec explained to the Court at the Case Management Conference on April 10, 2008, this process has taken longer than expected.

MasTec has produced one DVD with 771 e-mails and 465 attachments and will produce

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

619174.1

C08-03759 SI
STIPULATION AND ORDER EXTENDING DISCOVERY AND LITIGATION DATES

1  the remainder of the e-mails shortly.  MasTec served Comcast with a document request on April

2  14, 2009 and Comcast produced responsive documents on May 29, 2009.  Counsel for both parties

3  believe that a review of all the relevant documents is required before depositions commence.

4      Additionally, two third party deponents are on the East Coast, one in Baltimore and one in

5  Florida.  Counsel are attempting to coordinate depositions, but it may be difficult to do so by the

6  present discovery deadline and also review all documents prior to those depositions.  Also,

7  depositions need to be conducted of several City and County of San Francisco officials as well as

8  several party affiliated witnesses.

9      The parties held a mediation session with Court-appointed mediator Michael Dickstein on

10  March 25, 2009.  It was apparent at that mediation that further discovery is needed before

11  negotiations will have a realistic chance of success.

12      The following are the existing deadlines and dates and the new deadlines and dates

13  proposed by the parties.  The deadlines are all extended nine weeks, except that an additional week

14  has been added to the briefing schedule for dispositive motions to account for Christmas and New

15  Years days being on Fridays.  Also, the continued Case Management Conference is only

16  postponed eight weeks because of a scheduled vacation for counsel for Comcast.

| EVENT | EXISTING DATE | PROPOSED DATE |
|---|---|---|
| Further Case Management Conference | June 26, 2009 3:00 p.m. | August 21, 2009 3 p.m. |
| Non-Expert Discovery Cutoff | 30-Jun-09 | 1-Sep-09 |
| Designation Of Experts: | 30-Jun-09 | 1-Sep-09 |
| Rebuttal Designation of Experts | 20-Jul-09 | 21-Sep-09 |
| Expert Discovery Cut-off | 7-Aug-09 | 9-Oct-09 |
| Dispositive Motions Filed by | 16-Oct-09 | ~~11-Dec-09~~ 1/8/10 |
| Oppositions to Motions | 30-Oct-09 | ~~29-Dec-09~~ 1/22/10 |
| Replies to Motions | 6-Nov-09 | ~~8-Jan-09~~ 1/29/10 |
| Hearing on motions | No later than November 20, 2009 | ~~No later than January 22, 2010~~ 2/12/10 |
| Pretrial Conference | January 12, 2010 3:30 p.m. | ~~16-Mar-10~~ 3/9/10 |
| Trial | January 19, 2010 8:30 a.m. | ~~23-Mar-10~~ 3/22/10 |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

1  DATED: June 1, 2009          COOPER, WHITE & COOPER LLP

2

3                              By:  s/ Stephen Kaus
                                    Stephen Kaus
4                                   Attorneys for Defendant Comcast Cable
                                    Communications Management, LLC
5

6  DATED: June 1, 2009          KNOPFLER & PAZOS

7

8                              By:  s/ George Knopfler
                                    George Knopfler
9                                   Attorneys for Plaintiff Mastec North America,
                                    Inc.
10

11                                    **ORDER**

12        FOR GOOD CAUSE SHOWN, the Stipulation above is approved, the dates previously

13 ordered by the Court are vacated and the dates proposed by the stipulation are adopted by the

14 Court.

15 Dated: _____, 2009    _____
                                        Susan Ilston
16                                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

619174.1                              3                           C08-03759 SI
STIPULATION AND ORDER EXTENDING DISCOVERY AND LITIGATION DATES