COOPER, WHITE & COOPER LLP
WALTER W. HANSELL (SBN 114913)
  whansell@cwclaw.com
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant Comcast Cable
Communications Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEC NORTH AMERICA, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C08-03759 SI<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY AND LITIGATION DATES** |

The parties hereto, through counsel, hereby stipulate to extend certain dates related to discovery in this matter to allow Plaintiff MasTec additional time to respond to written discovery propounded by Defendant Comcast and to extend discovery an extra month to permit follow up and other completion of discovery and expert disclosure. The trial date and related deadlines will not be changed.

The reason for the delay is that although the parties are proceeding diligently with discovery and have cooperated regarding scheduling, it has been more time consuming than anticipated. The parties have exchanged a substantial volume of documents and have conducted seven depositions, including two in Florida.

The following are the existing deadlines and dates and the new deadlines and dates proposed by the parties:

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

622189.1                                                                                                   C08-03759 SI
STIPULATION AND ORDER EXTENDING DISCOVERY AND LITIGATION DATES

| EVENT | EXISTING DATE | PROPOSED DATE |
|---|---|---|
| Plaintiff's MasTec's deadline to respond to Defendant Comcast Cable Communications Management LLC'S First Set of Interrogatories | August 13, 2009 | August 24, 2009 |
| Non-Expert Discovery Cutoff | September 1, 2009 | October 1, 2009 |
| Designation Of Experts: | September 1, 2009 | October 1, 2009 |
| Rebuttal Designation of Experts | September 21, 2009 | October 21, 2009 |
| Expert Discovery Cut-off | October 9, 2009 | November 9, 2009 |

DATED:  August 7, 2009

COOPER, WHITE & COOPER LLP

By:  s/ Stephen Kaus
Stephen Kaus
Attorneys for Defendant Comcast Cable Communications Management, LLC

DATED:  August 7, 2009

KNOPFLER & PAZOS
LAW OFFICES OF PETER SZABADI

By:  s/ Peter Szabadi
Peter Szabadi
Attorneys for Plaintiff Mastec North America, Inc.

## ORDER

FOR GOOD CAUSE SHOWN, the Stipulation above is approved, the dates previously ordered by the Court are vacated and the dates proposed by the stipulation are adopted by the Court.

Dated: _____, 2009

_____
Susan Illston
United States District Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

622189.1

2

C08-03759 SI

STIPULATION AND ORDER EXTENDING DISCOVERY AND LITIGATION DATES