1  COOPER, WHITE & COOPER LLP
   WALTER W. HANSELL (SBN 114913)
2    whansell@cwclaw.com
   STEPHEN KAUS (SBN 57454)
3    skaus@cwclaw.com
   201 California Street, 17th Floor
4  San Francisco, California  94111
   Telephone:   (415) 433-1900
5  Facsimile:   (415) 433-5530

6  Attorneys for Defendant Comcast Cable
   Communications Management, LLC
7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| 11 | MASTEC NORTH AMERICA, INC., a Florida corporation, | CASE NO. C08-03759 SI |
|----|---|---|
| 12 | Plaintiff, | **STIPULATION EXTENDING DEADLINE FOR NON-EXPERT DISCOVERY** |
| 13 | vs. | |
| 14 | COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, and DOES 1 through 50, inclusive, | |
| 15 | | |
| 16 | Defendants. | |
| 17 | | |

18       The parties hereto, through counsel, hereby stipulate to extend the deadline for non-expert

19  discovery in this matter from October 15, 2009 to November 13, 2009.  No other deadlines will be

20  changed.

21       The reason for the postponement is the need to locate and depose several witnesses,

22  including some present and former employees of the City and County of San Francisco and

23  MasTec and that MasTec's counsel are occupied with trials that will make completion by the

24  present deadline difficult.

25  /////

26  /////

27  /////

28  /////

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

622189.1                                                                                      C08-03759 SI
STIPULATION AND ORDER EXTENDING DISCOVERY AND LITIGATION DATES

1

2  DATED: September 24, 2009          COOPER, WHITE & COOPER LLP

3

4                                     By:  s/ Stephen Kaus
                                           Stephen Kaus
5                                          Attorneys for Defendant Comcast Cable
                                           Communications Management, LLC
6

7  DATED: September 24, 2009          KNOPFLER & PAZOS
                                      LAW OFFICES OF PETER SZABADI
8

9
                                      By:  s/ Peter Szabadi
10                                         Peter Szabadi
                                           Attorneys for Plaintiff Mastec North America,
11                                         Inc.

12                                    **ORDER**

13     FOR GOOD CAUSE SHOWN, the Stipulation above is approved, the date for completion

14 of non-expert discovery previously ordered by the Court is vacated and a new date of November

15 13, 2009 is adopted by the Court.

16 Dated: _____, 2009       _____
                                           Susan Illston
17                                         United States District Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

622189.1                              2                              C08-03759 SI
STIPULATION AND ORDER EXTENDING DISCOVERY AND LITIGATION DATES