| | |
|---|---|
| 1 | GEORGE KNOPFLER, ESQ. (State Bar No. 094041) |
| | PETER SZABADI. (State Bar No. 52136) |
| 2 | pszabadi@aol.com |
| | KNOPFLER & PAZOS |
| 3 | A Professional Law Corporation |
| | 31194 La Baya Drive, Suite 101 |
| 4 | Westlake Village, CA 91361 |
| | Phone: (818) 991-2277 |
| 5 | Fax:    (818) 991-2270 |

Attorneys for Plaintiff, MasTec North America Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTEC NORTH AMERICA, INC., a Florida corporation, | CASE NO. C08-03759 SI |
| Plaintiff, | STIPULATION EXTENDING DEADLINE FOR NON-EXPERT DISCOVERY |
| vs. | |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC, and DOES 1 THROUGH 50, inclusive, | |
| Defendants. | |

The parties hereto, through counsel, hereby stipulate to extend the deadline for non-expert discovery in this matter from November 13, 2009 to November 30, 2009 for the limited purpose of taking the depositions of George Wilkerson and Anthony Rochin. We have recently completed the depositions of employees of the City and County of San Francisco and the defendant.   All other discovery has been completed. No other deadlines will be changed.

The reason for the postponement is the need to schedule, locate   and depose Mr. Wilkerson and Mr. Rochin, the last remaining depositions in this matter, and, further, the parties are presently scheduled for a settlement conference to be held by United States Magistrate Judge Maria-Elen James on November 16, 2009, and

- 1 -

**STIPULATION AND ORDER EXTENDING DISCOVERY**

should this matter settle, the deposition of Mr. Wilkerson and Mr. Rochin will no longer be necessary.

DATED: November 4, 2009                         KNOPFLER & PAZOS

By: s/Peter Szabadi
_____
PETER SZABADI , ESQ. Attorneys for Plaintiff,
MasTec North America

DATED: November 4, 2009                         COOPER, WHITE & COOPER, LLP

By: s/Stephen Kaus
_____
STEPHEN KAUS , ESQ., Attorneys for Defendant
Comcast Cable Communications Management, LLC

**ORDER**

FOR GOOD CAUSE SHOWN, the Stipulation above is approved, the date for completion of non-expert discovery previously ordered by the Court is vacated and a new date of November 30 , 2009 is adopted by the Court.

Dated: _____, 2009         _____

Susan Illston United States District Judge

- 2 -

**STIPULATION AND ORDER EXTENDING DISCOVERY**