1 | GEORGE KNOPFLER, ESQ. (State Bar No. 094041)
PETER SZABADI. (State Bar No. 52136)
2 | pszabadi@aol.com
KNOPFLER & PAZOS
3 | A Professional Law Corporation
31194 La Baya Drive, Suite 101
4 | Westlake Village, CA 91361
Phone: (818) 991-2277
5 | Fax:     (818) 991-2270

6

Attorneys for Plaintiff, MasTec North America Inc.
7

8

9 |                    UNITED STATES DISTRICT COURT

10 |                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | MASTEC NORTH AMERICA, INC., a Florida          ) CASE NO.  C08-03759 SI
corporation,                                     )
13 |                                              ) STIPULATION EXTENDING DEADLINE FOR
                     Plaintiff,                   ) DECLARATION OF EXPERTS AND EXPERT
14 |                                              ) DISCOVERY
          vs.                                     )
15 | COMCAST CABLE COMMUNICATIONS                  )
MANAGEMENT LLC, and DOES 1 THROUGH 50,            )
16 | inclusive,                                    )
                                                  )
17 |                  Defendants.                 )

18

19

20 | The parties hereto, through counsel, hereby stipulate to extend the deadline for declaration of experts and

21 | discovery in this matter from January 11, 2010 to January 19, 2010 for declaration of experts and  from

22 | February 16, 2010 to February 23, 2010 for the close of the expert discovery. The designation of the

23 | rebuttal experts to be changed form the present date of January 29, 2010 to February 5, 2010  All other

24 | discovery has been completed. No other deadlines will be changed.

25

26 | The reason for the postponement is the need to provide the necessary documentation for the

27 | //

28 |

**STIPULATION AND ORDER EXTENDING DISCOVERY**

1   preparation of the reports to be submitted by the parties' designated expert witnesses.

2

3   DATED: January ___ , 2010          KNOPFLER & PAZOS

4

5                                      By: s/Peter Szabadi

6                                      PETER SZABADI, ESQ. Co-counsel  for Plaintiff,
                                       MasTec North America

7   DATED: January ___ , 2010          COOPER, WHITE & COOPER, LLP

8

9                                      By: s/Stephen Kaus

10                                     STEPHEN KAUS, ESQ., Attorneys for Defendant
                                       Comcast Cable Communications Management, LLC

11

12                                     **ORDER**

13

14       FOR GOOD CAUSE SHOWN, the Stipulation above is approved, the present dates for the

15  declaration of expert witnesses and the completion of the expert witness discovery are vacated and a new

16  date of January 19, 2010 for the declaration of experts and the new date of February 23, 2010 for the

17  completion of the expert discovery is approved and  adopted by the Court. The declaration of rebuttal

18  expert witnesses shall be made on or before February 5, 2010.

19

20  Dated: _____, 2010          _____

21                                     Susan Illston United States District Judge

22

23

24

25

26

27

28
                                       –  2  –

**STIPULATION AND ORDER EXTENDING DISCOVERY**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen (18) and am not a party to the within action; my business address is 31194 La Baya Drive, Suite 101, Westlake Village, California 91362.

On January 5, 2010, I served the following document(s) described as **STIPULATION EXTENDING DEADLINE FOR DECLARATION OF EXPERTS AND EXPERT DISCOVERY** on all interested parties to this action, as follows:

☒  by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Walter W. Hansell, Esq./Jie-Ming Chou, Esq.
Stephen D. Kaus, Esq.
Cooper, White & Cooper LLP
201 California Street, 17th Floor
San Francisco, California 94111
(415) 433-1900  -  (415) 433-5530 Fax

Peter Szabadi, Esq.
Law Offices of Peter Szabadi
12121 Wilshire Blvd., Suite 1325
Los Angeles, CA 90025
(310) 207-3600  -  (310) 207-2900 Fax

☒     BY MAIL:  By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices.  I am readily familiar with our office's  practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐     BY FAX:  I caused the above-referenced document to be transmitted via facsimile from Fax 818-991-2270 to above SERVICE LIST.

☐     BY PERSONAL SERVICE:  I caused such envelope to be delivered by hand to the addressee(s).

☐     BY OVERNITE EXPRESS: I caused such envelope to be delivered by Overnite Express to above SERVICE LIST.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 5th day of January, 2010, at Westlake Village, California.

Rebecca Luna

- 1 -
**PROOF OF SERVICE**