GEORGE KNOPFLER, ESQ. (State Bar No. 094041)
JAMES PAZOS, ESQ. (State Bar No. 163609)
KNOPFLER & PAZOS
An Association of Professional Law Corporations
31194 La Baya Drive, Suite 101
Westlake Village, CA 91362
Phone      (818) 991-2277
Fax         (818) 991-2270

Attorneys for Plaintiff, MasTec North America, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTEC NORTH AMERICA, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC, and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | CASE NO. C08-03759 SI<br><br>**STIPULATION OF DISMISSAL**<br><br>(Rule 41(a)(1)(A)(ii)) |

The parties hereby stipulate to a dismissal with prejudice of this action in its entirety with no attorneys' fees, costs or other relief to be awarded for or against any party.

DATED: May 5, 2010                    COOPER, WHITE & COOPER, LLP

                                      By: _____
                                      Stephen Kaus, Esq.
                                      Attorneys for Defendant,
                                      Comcast Cable Communications
                                      Management, LLC

1

**Stipulation of Dismissal**

| | | |
|---|---|---|
| 1 | DATED: May 5, 2010 | KNOPFLER & PAZOS,<br>An Assn. of Professional Law Corporations |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ |
| 5 | | George Knopfler, Esq.<br>Attorneys for Plaintiff,<br>MASTEC NORTH AMERICA, INC. |

**IT IS SO ORDERED**

/s/ Susan Illston
Judge Susan Illston

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

- 2 -

**Stipulation of Dismissal**